UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | No. 1:05-00008 |
| | ) | JUDGE __Trauger__ |
| JEFFREY LYNN DIAL | ) | |

**AGREED MOTION FOR REDUCED SENTENCE**

The defendant, Jeffrey Lynn Dial, respectfully moves the Court pursuant to 18 USC § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, to reduce his sentence from a term of 97 months custody to a term of 78 months custody, effective November 1, 2015, leaving the sentence unchanged in other respects. Undersigned counsel is authorized to state that the attorney for the government does not oppose this motion.

Attorneys for the defendant and the government, with the assistance of the United States Probation Office for this district, have reviewed this case and concluded that this defendant is eligible for a sentence reduction under Amendment 782 of the United States Sentencing Guidelines. The application of the Amendment to this case would reduce the total offense level for Count 6 from Level 28 to Level 26 and, at a criminal history category III, would reduce the applicable guideline range from 97 to 121 months to a range of 78 to 97 months. Based on this, and a consideration of the defendant's conduct in custody to date, the parties have agreed to recommend that the Court grant this motion. This motion would reduce the defendant's sentence to a custody term of 78 months from 97 months, otherwise leaving the earlier sentence intact including the consecutive custody of sixty (60) months on Count 10. The parties have prepared and will submit separately a form AO-247 embodying this proposed reduced sentence, for the Court's consideration.